Argued April 10—decision released April 19, 1990

*Stanley V. Tucker,* pro se, the appellant (plaintiff).

*Paul D. Buhl,* with whom were *I. Milton Widem* and, on the brief, *Charles F. Corcoran III* and *Robert E. Pace,* for the appellees (named defendant et al.).

PER CURIAM. This case must be dismissed because of a lack of a final judgment for purposes of appeal. See Practice Book § 4002 (d) and (e).

The appeal is dismissed.

ANNETTE L. HAMEL *v.* ARTHUR J. HAMEL
(8183)

SPALLONE, O'CONNELL and LAVERY, Js.

Argued April 18—decision released May 3, 1990

*John K. Harris, Jr.,* for the appellant (defendant).

*Annette L. Hamel,* pro se, the appellee (plaintiff).

PER CURIAM. There is no error.